UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JOHNSON, JR., | No. C 09-2106 SI (pr) |
| Plaintiff, | **ORDER** |
| v. | |
| EDWARD C. FLORES; et al., | |
| Defendants. | |

Plaintiff has requested that summonses be issued in blank for him to serve process on defendants. The request is GRANTED. (Docket # 7.) The clerk shall issue and send to plaintiff seven blank summons forms for him to use in serving process.

No later than **November 6, 2009**, plaintiff must (1) file proofs of service showing that he has served the summons and complaint on each defendant in this action or (2) show cause why this action should not be dismissed for failure to serve process within 120 days of the filing of the complaint. See Fed. R. Civ. P. 4(l)-(m). Plaintiff is reminded that since he is no longer in custody, he no longer receives the benefit of the mailbox rule; he must ensure that his documents are filed by the deadline, and not merely mailed to the court by the deadline.

IT IS SO ORDERED.

Dated: July 2, 2009

SUSAN ILLSTON
United States District Judge