United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JOHNSON, JR., | No. C 09-2106 SI |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S REQUEST FOR ENLARGEMENT OF TIME** |
| v. | |
| EDWARD C. FLORES, MITCHELL CONNER, SANTA CLARA COUNTY, STEPHEN MAYBERG, GEORGE BUKOWSKI, and John and Jane Does, Classification Staff, Main Jail, | |
| Defendants. / | |

Pro se plaintiff Joseph Johnson, Jr. has requested an enlargement of 60 days to respond to the motion to dismiss (Docket # 10) filed by the Santa Clara County defendants (Edward Flores, Mitchell Conner and County of Santa Clara). That request is GRANTED. Plaintiff Johnson also seeks an enlargement of 120 days to respond to the motion for summary judgment (Docket # 13) filed by defendant Mayberg (the California Attorney General's office reports that defendant Bukowski is deceased). That request is GRANTED IN PART. Both motions, which were previously scheduled for hearing on September 18, 2009, will be heard on **Friday, November 6, 2009, at 9:00 a.m.** The following schedule will apply:

| | |
|---|---|
| Plaintiff's opposition papers due | October 16, 2009 |
| Defendants' reply papers due | October 30, 2009 |
| Hearing | November 6, 2009, 9:00 a.m. |

Discovery as to these defendants is stayed until resolution of the pending motions. Plaintiff may, if necessary, refer to Rule 56(f) in his papers, if he believes he cannot respond to any particular issue before he has done discovery in this case.

**IT IS SO ORDERED.**

Dated: August 10, 2009

SUSAN ILLSTON
United States District Judge