IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JOHNSON JR., | No. C 09-02106 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SANTA CLARA COUNTY, and STEPHEN MAYBERG, | |
| Defendants. | |

Defendant Santa Clara County's motion to dismiss has been granted without leave to amend and Mayberg's motion for summary judgment has been granted. Judgment is entered accordingly against plaintiff Joseph Johnson.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: December 29, 2009

SUSAN ILLSTON
United States District Judge